# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Sterling Medical Associates, Inc. | )  ASBCA No. 61406 |
| | ) |
| Under Contract No. W564KV-17-P-0189 | ) |

APPEARANCES FOR THE APPELLANT:    Barbara A. Duncombe, Esq.
                                  Suzanne Sumner, Esq.
                                  Erin R. Davis, Esq.
                                   Taft Stettinius & Hollister LLP
                                   Dayton, OH

APPEARANCES FOR THE GOVERNMENT:   Raymond M. Saunders, Esq.
                                   Army Chief Trial Attorney
                                   CPT Jeremy D. Burkhart, JA
                                   Trial Attorney

## ORDER OF DISMISSAL

Appellant has filed a motion to dismiss this Rule 12.2 appeal with prejudice, representing that the parties "have come to a mutually acceptable settlement." Accordingly, this appeal is hereby dismissed with prejudice.

Dated: 23 January 2018

ALEXANDER YOUNGER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61406, Appeal of Sterling Medical Associates, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals